UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH D. DREW,<br><br>        Plaintiff,<br><br>v.<br><br>KATHLEEN PROSPER, Warden,<br><br>        Defendants. | Case No. 06cv1379 DMS (WMc)<br><br>**ORDER GRANTING RESPONDENT'S *EX PARTE* REQUEST FOR AN ENLARGEMENT** |

The Court received Respondent's *Ex Parte* Request for an Enlargement of Time to File a Response to the First Amended Petition. The Court notes that Respondent's *Ex Parte* Application was submitted on October 11, 2006, five days *after* its deadline for submission of a motion to dismiss. *No further continuances will be granted absent extraordinary circumstances.*

Good cause appearing, the Court grants Respondent's request

///
///
///
///

06cv1379 DMS (WMc)

and issues the following order:

Respondent's motion to dismiss shall be filed **no later than October 23, 2006.**

Petitioner's traverse shall be filed **no later than November 20, 2006.**

**IT IS SO ORDERED:**

DATED:   October 17, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:
HONORABLE DANA M. SABRAW
U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD