# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KENNETH D. DREW, | CASE NO. 06CV1379 DMS (WMC) |
|---|---|
| Petitioner, | **ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION FOR WRIT OF HABEAS CORPUS** |
| vs. | |
| KATHLEEN PROSPER | |
| Respondent. | |

On August 9, 2006, Petitioner Kenneth Drew, a state prisoner proceeding *pro se*, filed a First Amended Petition ("FAP") for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner asserts two grounds for relief: (1) his right to a jury trial was violated "with upper term imprisonment, not found by a jury" and (2) he "successfully complied with all terms of probation in plea entered 9-22-99." (FAP at 6-7.)

On January 22, 2007, Magistrate Judge William McCurine, Jr. issued a Report and Recommendation, recommending that the Court: (1) grant Respondent's motion to dismiss the petition and (2) dismiss the petition with prejudice. This Court, having reviewed *de novo* the Magistrate Judge's Report, and there being no objections filed to the Report, adopts the recommendation in full

///

///

///

1  and **DENIES** the petition for a writ of habeas corpus with prejudice. The Clerk of the Court shall
2  enter judgment accordingly, and terminate this case.
3      **IT IS SO ORDERED.**
4  DATED: February 22, 2007

6  HON. DANA M. SABRAW
   United States District Judge